## FANNON v. UNITED STATES.

No. 1274, Misc. Decided April 1, 1969.

*John J. Cleary* for petitioner.

*Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

PER CURIAM.

The motion to supplement the record is granted. The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States District Court for the Northern District of Illinois for further consideration in light of *Alderman* v. *United States, ante,* p. 165.

MR. JUSTICE BLACK dissents.

## ROSE v. OHIO.

No. 1460, Misc. Decided April 1, 1969.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.